PROB 12C
(7/93)

Report Date:  January 8, 2016

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Gonzales

Case Number: 0980 2:06CR02112-RMP-1 and
1:15CR02056- RMP-1

Address of Offender:

Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: March 9, 2007 and
Date of Original Sentence: April 23, 2012

Original Offense:       2:06CR02112-RMP-1
 Possession of a Firearm and Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1)

1:15CR02056- RMP-1
Assault on Federal Officer, 18 U.S.C. § 111

Original Sentence:       2:06CR02112-RMP-1          Type of Supervision: Supervised Release
Prison - 70 months
TSR - 36 months

1:15CR02056- RMP-1
Prison  - 41 months
TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon          Date Supervision Commenced: June 26, 2015

Defense Attorney:     Rebecca Pennell          Date Supervision Expires: June 25, 2018

---

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 18, 2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| | **Supporting Evidence**: Mr. Gonzales failed to report within the first five days of the month of January 2016. |

5          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Gonzales failed to report a change of address as of January 8, 2016.

On December 11, 2015, Mr. Gonzales was told by his mother he was no longer welcome to reside at her residence. As a result, Mr. Gonzales reported living in Sunnyside, Washington, for a couple of days before he reported to be residing at 405 South Alder Street, Toppenish, Washington. Attempts to contact Mr. Gonzales at this residence were unsuccessful. According to the person living at this address, Mr. Gonzales does not live nor has ever lived at this address. Mr. Gonzales is unknown to the resident at this residence. Mr. Gonzales has failed to provide a valid address as of January 8, 2016. Although he appears to be in the Toppenish, Washington, area, he has failed to report a change of address and his current whereabouts are unknown. Additionally, this officer has spoke with his mother and treatment providers asking that if they have contact with the defendant to direct him to contact this officer. Further, this officer has sent text and voice mail messages on telephone numbers he has provided directing him to report to the probation office. All efforts have been met with negative results.

6          **Special Condition # 16**: Defendant shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Gonzales failed to attend a drug and alcohol group session on January 5, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 8, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

**Prob12C**
**Re: Gonzales, Ricardo**
**January 8, 2016**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ x ]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_____
1/8/2016

Date