Report Date: December 20, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ricardo Gonzales | Case Number: 0980 2:06CR02112-RMP-1 and 0980 1:15CR02056-RMP-1 |

Address of Offender: ▉

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 9, 2007 and
Date of Original Sentence: April 23, 2012

Original Offense:  2:06CR02112-RMP-1
Possession of a Firearm and Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1);

1:15CR02056-RMP-1
Assault on Federal Officer, 18 U.S.C. § 111;

| | | |
|---|---|---|
| Original Sentence: | 2:06CR02112-RMP-1<br>Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| | 1:15CR02056-RMP-1<br>Prison - 41 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(June 6, 2017) | 2:06CR02112-RMP-1 &<br>1:15CR02056-RMP-1<br>Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 6, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: March 5, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as directed. |

**Supporting Evidence**: On November 7, 2017, Mr. Gonzales was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Gonzales signed his judgement reflecting that he understood his conditions fully.

On December 15, 2017, Mr. Gonzales reported to U.S. Probation Officer Phil Casey for UA testing. Mr. Gonzales was instructed to report in person to U.S. Probation Officer Santana on December 18, 2017. Mr. Gonzalez failed report as directed and his current whereabouts are unknown.

2   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 7, 2017, Mr. Gonzales was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Gonzales signed his judgement reflecting that he understood his conditions fully. On this same date, Mr. Gonzales submitted to urinalysis (UA) testing, which was negative for any drug use.

On November 17, 2017, before Mr. Gonzales submitted to UA testing, he admitted consuming heroin on or about November 16, 2017. The specimen collected was sent to the lab for testing and it was confirmed positive for methamphetamine, codeine, and morphine.

On November 21, 2017, Mr. Gonzales submitted to UA testing and the specimen collected was confirmed positive for codeine and morphine.

On December 15, 2017, Mr. Gonzales admitted having consumed heroin on or about December 13, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

12/20/2017
_____
Date