PROB 12C
(6/16)

Report Date:  April 25, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 25, 2018**

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Gonzales                Case Number: 0980 2:06CR02112-RMP-1

Address of Offender:                                Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 9, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm and Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (06/06/2017) | Prison - 8 months; TSR - 28 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 6, 2017 | |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: March 5, 2020 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On November 7, 2017, Mr. Gonzales was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Gonzales signed his judgment reflecting that he understood his conditions fully. |
| | On April 10, 2018, Mr. Gonzales was Court ordered that upon his release from Pioneer Center East, he shall report to U.S. Probation and begin aftercare as directed by United States Probation Officer Arturo Santana. |

**Prob12C**
**Re: Gonzales, Ricardo**
**April 25, 2018**
**Page 2**

On April 23, 2018, Mr. Gonzales was discharged from Pioneer Center East. He was directed to report to the probation office in person. As of the date of this report, Mr. Gonzales has failed to report to U.S. Probation and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017, and that the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/25/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

4/26/2018

Date