PROB 12C
(6/16)

Report Date: May 3, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ricardo Gonzalez | Case Number: 0980 2:06CR02112-RMP-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervision Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 9, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm and Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (06/06/2017) | Prison - 8 months; TSR - 28 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | November 6, 2017 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: | March 5, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017 and 04/25/2018, and to issue a warrant requiring Ricardo Gonzalez to appear to answer to these allegations.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**:  On November 7, 2017, Mr. Gonzalez was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Gonzalez signed his judgment reflecting that he understood his conditions fully. |

Prob12C
**Re: Gonzalez, Ricardo**
**May 3, 2018**
**Page 2**

On April 23, 2018, Mr. Gonzalez was discharged from Pioneer Center East, a residential substance abuse treatment facility. Mr. Gonzalez was recommended to enter and complete an intensive outpatient substance abuse treatment program. Mr. Gonzalez failed to engage in outpatient treatment upon reentering the community and absconded from supervision.

5    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 7, 2017, Mr. Gonzalez was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Gonzalez signed his judgment reflecting that he understood his conditions fully.

On April 12, 2018, Mr. Gonzalez submitted to urinalysis testing at Pioneer Center East. The specimen collected was sent to a laboratory for testing. On April 27, 2018, the test results were returned positive for heroin metabolite.

On May 3, 2018, this officer met Mr. Gonzalez at the Yakima County Jail. He admitted to this officer that he consumed heroin on May 2, 2018, prior to his arrest.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017 and 04/25/2018 and to issue a warrant requiring Ricardo Gonzalez to appear to answer to the allegations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 3, 2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Gonzalez, Ricardo**
**May 3, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/4/2018
_____
Date